```
                                          FILED
                              CLERK, U.S. DISTRICT COURT

                                        OCT 3 0 2014

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL ARTHUR VILLANUEVA,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>FRED FIGUEROA,<br><br>　　　　Respondent. | Case No. CV 13-4811-AB (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

Dated: October 28, 2014

_____
ANDRÉ BIROTTE JR.
United States District Judge