JS-6

 

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAUL ARTHUR VILLANUEVA, <br><br> Petitioner, <br><br> v. <br><br> FRED FIGUEROA, <br><br> Respondent. | Case No. CV 13-4811-AB (DFM) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: October 28, 2014

ANDRÉ BIROTTE JR.
United States District Judge